| | |
|---|---|
| 1 | Armin M. Kolenovic (SBN 315634) |
| | akolenovic@aldridgepite.com |
| 2 | Joseph C. Delmotte (SBN 259460) |
| | jdelmotte@aldridgepite.com |
| 3 | **ALDRIDGE PITE, LLP** |



**Entered on Docket
December 29, 2017
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**

Armin M. Kolenovic (SBN 315634)
akolenovic@aldridgepite.com
Joseph C. Delmotte (SBN 259460)
jdelmotte@aldridgepite.com
**ALDRIDGE PITE, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

The following constitutes the order of the court.
Signed December 29, 2017

Attorneys for Movant,
Wells Fargo Bank, N.A.

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

In re

MARIA BORUTA,

　　　　　　　　Debtor.

Case No. 17-42363-WJL

Chapter 13

R.S. No. AMK-005

**ORDER GRANTING MOTION FOR IN REM RELIEF FROM AUTOMATIC STAY**

<u>Hearing</u>:
Date:　December 13, 2017
Time:　9:30 a.m.
Place:　Courtroom 220

　　　The above-captioned matter came for hearing on December 13, 2017 at 9:30 a.m., in Courtroom 220, upon the Motion of Wells Fargo Bank, N.A. ("Movant"), for relief from the automatic stay of 11 U.S.C. § 362, to enforce its interest in the property of Maria Boruta ("Debtor") commonly known as 2529 Nordell Avenue, Castro Valley, California 94546 (the "Real Property"), which is legally described as follows:

>　SEE LEGAL DESCRIPTION IN DEED OF TRUST ATTACHED AS EXHIBIT B TO MOTION FOR IN REM RELIEF FROM STAY, DOCKET ENTRY NUMBER 22.

　　　Appearances as noted on the record.

　　　Based on the arguments of counsel, and good cause appearing therefor,

- 1 -　　　　CASE NO. 17-42363-WJL
**ORDER GRANTING MOTION FOR IN REM RELIEF FROM AUTOMATIC STAY**

IT IS HEREBY ORDERED:

1) The automatic stay of 11 U.S.C. § 362, is hereby terminated as it applies to the enforcement by Movant of all of its rights in the Real Property under Note and Deed of Trust, and pursuant to applicable state law;

2) Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

3) The 14-day stay provided by Bankruptcy Rule 4001 (a)(3) is waived;

4) Post-petition attorney's fees and costs for the within motion may be added to the outstanding balance of the subject Note as allowed under applicable non-bankruptcy law;

5) Upon foreclosure, in the event Debtor fails to vacate the Real Property, Movant may proceed in State Court for unlawful detainer pursuant to applicable state law;

6) This Order shall be binding and effective in any other case under the Bankruptcy Code purporting to affect the subject real property filed not later than two years after the date of entry, upon recording a copy of the order or giving appropriate notice of its entry in compliance with applicable non-bankruptcy law, except that a debtor in subsequent case may move for relief from the order based upon good cause shown after notice and hearing; and

7) Upon entry of this Order, the Chapter 13 Trustee shall cease making payments in regard to Movant's claim filed in this bankruptcy case.

** END OF ORDER **

**COURT SERVICE LIST**